UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| COASTAL COUNTIES WORKFORCE, INC., | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| v. | ) ) ) | 1:17-cv-00417-JAW |
| PAUL R. LEPAGE, et al., | ) ) ) |  |
| Defendants. | ) |  |

**ORDER**

On October 24, 2017, Coastal Counties Workforce, Inc. (Coastal) filed a complaint and a motion for temporary restraining order (TRO) with this Court, asking that the Court enter a TRO against Paul R. LePage, Governor of the state of Maine, and John Butera, Commissioner of the Maine Department of Labor, requiring them to take all steps necessary, including the issuance of contracts, to make Workforce Innovation & Opportunity Act funds for the years 2016 and 2017 available to Coastal. *Compl. & Mot. for TRO* (ECF No. 1, 3). On October 30, 2017, the Court held a status conference by telephone.

Counsel for Defendants indicated that there may be a basis for resolving the pending lawsuit and suggested that by Friday, November 3, 2017, she would be able to confirm this with her clients. Counsel for Coastal asked for a few days to review whatever proposals are formally made by the Defendants. The Court allowed the parties some additional time to confer with their respective clients and with each

other.  The Court set Thursday, November 9, 2017 at 1:00 p.m. for a further status conference by telephone.

The Court indicated to counsel that if a separate peace is not forthcoming, it will expect counsel to consult with their respective clients and with each other to propose a timeline for the resolution of the pending request for injunctive relief.  The Court expects counsel to discuss and, if possible, present dates for Defendants' Answer, the scheduling of any further legal memoranda, the scheduling (if necessary) of any hearing on the motion for injunctive relief, and any discovery issues that remain unresolved.  The Court further indicated that if counsel are not able to agree on these scheduling issues, the Court will impose them.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2017