# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COASTAL COUNTIES WORKFORCE, INC., )<br>)<br>    Plaintiff    )<br>)<br>    v.    )<br>)<br>PAUL R. LEPAGE,    )<br>    Governor of Maine, in his official capacity,  )<br>    and    )<br>JOHN BUTERA,    )<br>    Commissioner of the Maine Department  )<br>    of Labor, in his official capacity,    )<br>)<br>    Defendants    ) | Civil No. 1:17-cv-417-JAW |

## ORDER ON PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF

For the reasons set forth in this Court's Order on Motion to Dismiss and Motion for a Preliminary Injunction (ECF No. 42), which is incorporated herein by reference, the Court orders the Defendants to release federal funds made available to the State of Maine pursuant to the Workforce Investment Opportunity Act ("WIOA") for program year 2017 ("PY 2017") to the Plaintiff without mandating the 60% training requirement. Defendants shall make such funds available in the ordinary course.

Any Subrecipent Award Agreement entered into pursuant to this Order shall be subject to termination or modification based upon further Order of this Court or any appellate Court.

Any actual distribution of PY 2017 Funds to CCWI shall be preliminarily stayed pending this Court's ruling on Defendants' anticipated Motion to Stay. However, this Court expects that all necessary steps to making those funds available short of actual distribution will be undertaken by Defendants expeditiously.

SO ORDERED.

1

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 11th day of January, 2018.